UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| '   Dayana Alexander | ' |
| | ' |
| *Plaintiff,* | ' |
| VS. | '   CIVIL ACTION NO.   4:26-CV-03268 |
| | ' |
| | ' |
| '   Trans Union, LLC and Equifax | ' |
| Information Services, LLC | ' |
| *Defendant.* | ' |
| | ' |

## <u>DOCKET CONTROL ORDER</u>

This case will be controlled by the following schedule.

## <u>DEADLINES</u>

1. 10/30/2026   **MOTIONS TO AMEND THE PLEADINGS**

2. 10/30/2026   **MOTIONS TO ADD NEW PARTIES** The attorney causing the addition of new parties will provide copies of this order and all orders previously entered in the case to new parties.

3.  N/A   **MOTION TO CERTIFY CLASS** The party seeking certification will file a motion and supporting memorandum by this date.

4. 12/15/2026   Identification of plaintiff's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

5.  1/15/2027   Identification of defendant's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

6.  2/28/2027   **COMPLETION OF DISCOVERY** Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

7.   **LIMITS ON DISCOVERY:**

_____
Per the Federal Rules/Joint Plan
_____

8.  3/30/2027   **DISPOSITIVE MOTIONS**

9.  4/30/2027   **ALL OTHER PRETRIAL MOTIONS**

10. 5/28/2027   **JOINT PRETRIAL ORDER AND MOTIONS IN LIMINE** Plaintiff is responsible for timely filing the complete joint pretrial order. All information is to comply with the disclosure requirements of Fed. R. Civ. P. 26(a)(3). All parties are directed to read the Court's Procedures regarding required trial documents and procedures.

11. June 2027   **DOCKET CALL** Other than as set out in the Court's Procedures, no pleading or document filed within seven days of docket call will be considered by the Court. Any pending motions may be ruled on at docket call, the case will be set for trial, and further pretrial orders may be issued.

12. July 2027   **JURY / BENCH TRIAL** Case is subject to being called to trial on short notice during this month.

Estimated Trial Time: ____3_____ days.

SIGNED at Houston, Texas, this ____day of _____, _____.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE